**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| MICHAEL S. GREENE<br>11-A Gwynns Mill Court<br>Owings Mills, Maryland 21117 | * * | |
| Plaintiff | * | |
| vs. | * | Civil Action No: |
| KENNETH F. MCCALLION<br>100 Park Avenue<br>Suite 1600<br>New York, New York 10017 | * * * | |
| Defendant | * | |

* * * * * * * * * * * * *

**COMPLAINT**

Michael S. Greene, Plaintiff, by undersigned counsel, brings this suit against Kenneth F. McCallion, Defendant and states:

**NATURE OF THE ACTION**

1. This is an action for trademark infringement and unfair competition arising under the Lanham Act, 15 U.S.C. § 1051 et seq., and related state law, resulting from Defendant's unauthorized use of Plaintiff's federally registered trademark.

**PARTIES**

2. Plaintiff, Michael S. Greene, is an adult resident of the State of Maryland.

3. Defendant, Kenneth F. McCallion, is an adult resident of the States of New York and

Connecticut.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred by 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the trademark laws of the United States; and over the state law claims pursuant to the doctrine of pendent jurisdiction.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) in that the claims that are the subject of this Complaint arose in this judicial district, Defendant conducts, transacts and/or solicits business in this judicial district, and Plaintiff was harmed by Defendant in this judicial district.

## STATEMENT OF FACTS COMMON TO ALL COUNTS

6. Plaintiff, Michael S. Greene, is an individual and a licensed attorney residing in the State of Maryland.

7. Plaintiff is the owner of U.S. Trademark, Registration No. 6,399,594, for the trademark "Saving the World One Case at a Time," registered on June 29, 2021 for attorney services, legal services and litigation services. See the United States Patent and Trademark Office Registration, attached hereto and incorporated herein by reference as Exhibit A.

8. Defendant, Kenneth F. McCallion, is an individual and a licensed attorney residing in the States of New York and Connecticut and is believed to be the author and publisher of a book titled "Saving the World One Case at a Time," which incorporates Plaintiff's registered trademark without authorization.

9. Plaintiff has continuously used the trademark "Saving the World One Case at a Time" in commerce in connection with attorney services, legal services and litigation services since at least

as early as September 12, 2019. Plaintiff has used and continues to use this trademark in, on and with activities including, but not necessarily limited to: communications, branding, marketing and advertising. For example, see one of Plaintiff's promotional materials, a sticker/label, attached hereto and incorporated herein as Exhibit B.

10. Plaintiff's trademark has acquired significant goodwill and distinctiveness in the attorney services, legal services and litigation services market(s).

11. On or about July 15, 2022, Defendant published and began distributing and selling a book titled "Saving the World One Case at a Time," in commerce, apparently with attorney, legal and/or litigation themed contexts, without authorization from Plaintiff. Defendant, individually and/or by agents, advertises, sells and distributes this book (with the same exact words as Plaintiff's registered trademark) online (with these online advertisements, sales and distributions searchable and visible via online searches conducted from locations including Maryland). A copy of the cover of Defendant's book, obtained from the internet is attached hereto and incorporated herein as Exhibit C. A copy of a Google search conducted from Owings Mills, Maryland for "Saving the World One Case at a Time" is attached hereto and incorporated herein as Exhibit D.

12. Defendant's use of Plaintiff's trademark is likely to cause to consumers, confusion, mistake, or deception as to the source, sponsorship, or affiliation of the book with Plaintiff. Defendant (a lawyer), in his book (with an attorney, legal and/or litigation theme), uses the exact same language of Plaintiff's registered trademark, "Saving the World One Case at a Time." How can a consumer *not* be confused, mistaken or deceived by this Defendant's use of Plaintiff's trademark?

13. Plaintiff sent cease and desist correspondence to Defendant both by email and U.S. mail.

Defendant has failed or refused to cease use of the infringing mark.

14. As a direct and proximate result of Defendant's aforementioned actions, Plaintiff has suffered and will continue to suffer damages including, but not limited to: infringement of his trademark, monetary losses, costs and attorney's fees.

## CAUSES OF ACTION

### COUNT I – TRADEMARK INFRINGEMENT [15 U.S.C. § 1114]

15. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein and further alleges as follows:

16. Defendant's unauthorized use of Plaintiff's registered trademark in commerce constitutes infringement in violation of 15 U.S.C. § 1114(1).

17. Defendant's conduct has caused and will continue to cause irreparable harm to Plaintiff, for which there is no adequate remedy at law.

### COUNT II – UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)]

18. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein and further alleges as follows:

19. Defendant's use of Plaintiff's trademark constitutes a false designation of origin and unfair competition under 15 U.S.C. § 1125(a), likely to cause confusion or mistake.

### COUNT III – COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

20. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein and further alleges as follows:

21. Defendant's conduct also constitutes trademark infringement and unfair competition

under the common law of the State of Maryland.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

A. Enter judgment that Defendant has infringed Plaintiff's trademark rights under federal and common law;

B. Enter a permanent injunction prohibiting Defendant from further use of the trademark "Saving the World One Case at a Time;"

C. Award Plaintiff damages in an amount to be proven at trial, including statutory damages, treble damages, compensatory damages and/or profits under 15 U.S.C. § 1117;

D. Award Plaintiff Judgment against Defendant for prejudgment and post-judgment interest;

E. Award Plaintiff Judgment against Defendant for reasonable attorney's fees and the costs of this action, and;

F. Grant such other and further relief that the nature of Plaintiff's cause requires.

/s/ Michael S. Greene .
Michael S. Greene, Esquire (Federal Bar No. 11797)
MICHAEL S. GREENE, P.A.
11-A Gwynns Mill Court
Owings Mills, Maryland 21117
telephone: (410)363-9414
fax: (410)363-2659
email: mgreene@greenelegal.com
*Attorneys for Plaintiff, Michael S. Greene*